

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-10-2012

# Pierre Joseph v. Hess Oil VI Corp

Precedential or Non-Precedential: Precedential

Docket No. 11-8026

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Pierre Joseph v. Hess Oil VI Corp" (2012). *2012 Decisions*. Paper 229.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/229

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 8, 2011
#ECO-019

No. 11-8026

Pierre P. Joseph

v.

Hess Oil Virgin Islands Corp., Petitioner

(V.I. S. Ct. Civil No. 2009-00054)

Present:  McKEE, Chief Judge, FUENTES and SMITH, Circuit Judges

1.      Motion by Petitioner to Revise or Withdraw Precedential, One-Judge
        Opinion on Motion for Extension of Time;

2.      Declaration of Roy T. Englert, Jr., Esq. in Support of Motion to Revise or
        Withdraw Precedential, One-Judge Opinion on Motion for Extension of
        Time;

3.      Amicus Brief by the Bar Association of the Third Federal Circuit in
        Support of Petitioner.


                                        Respectfully,
                                        Clerk/nmr

_____ORDER_____
The foregoing Motion to Withdraw the Opinion is DENIED.  The Motion to Amend the
Opinion is GRANTED.  The precedential opinion in *Joseph v. Hess Oil Virgin Islands
Corp.*, No. 11-8026, which is reprinted in 651 F.3d 348 (3d Cir. 2011), is AMENDED as
follows:

        1.      The first sentence in section II.B. of the opinion, which appears on page 20
of the slip opinion and at 651 F.3d at 356 in the right hand column, is amended as set
forth below adding the underlined text.

                In light of the foregoing, I conclude that a petitioner seeking
                an extension under LAR 112.4(a) usually must demonstrate a
                need for more time based on an event or cause beyond the
                control of counsel or the petitioner.

2.     At the end of the first paragraph in section II.B. of the opinion after the phrase "and not the rule." and before the next paragraph which states "HOVIC has not demonstrated. . .", the following footnote shall be added:

This discussion of good cause governs only motions to extend the time for filing a petition for certiorari under Third Circuit LAR 112.4(a).  It does not address the standard applicable to a motion for an extension of time to file a notice of appeal.

By the Court,

/s/ D. Brooks Smith
Circuit Judge

Dated:    October 10, 2012
NMR/cc:     Donna M. Doblick, Esq.
            Peter Goldberger, Esq.
            James C. Martin, Esq.
            Lee J. Rohn, Esq.